SO ORDERED. The Court reserves jurisdiction to interpret/enforce the terms of the parties' settlement agreement.
s/Jennifer Dowdell Armstrong, U.S. Magistrate Judge
June 23, 2025

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **VALISSA BROWN**, <br><br> Plaintiff, <br><br> v. <br><br> **DR. KATES GROWING SMILES CHILDREN'S DENTISTRY, LLC,** *et al.*, <br><br> Defendants. | CASE NO. 1:24-cv-658-BMB <br><br> JUDGE BRIDGET MEEHAN BRENNAN <br><br> <u>**JOINT STIPULATION OF DISMISSAL**</u> |

Now come the Parties, by and through counsel, pursuant to FRCP 41(a)(1)(A)(ii) and hereby gives notice to the Court of the stipulated dismissal, with prejudice, of all claims against all Defendants, with all parties to bear their own costs

| | Respectfully submitted, |
|---|---|
| <u>s/ Michele L. Jakubs</u>--------------- <br> Michele L. Jakubs <br> Zashin & Rich Co., L.P.A. <br> 950 Main Ave., 4th Floor <br> Cleveland, OH 44113 <br> Phone: 216-696-4441 <br> Facsimile: 216-696-1618 <br> mlj@zrlaw.com <br><br> <u>Attorney for Defendants</u> | <u>s/ Robert B. Kapitan</u> <br> Robert B. Kapitan (Ohio 0074327) <br> Anthony J. Lazzaro (Ohio 0077962) <br> The Lazzaro Law Firm, LLC <br> The Heritage Bldg., Suite 250 <br> 34555 Chagrin Boulevard <br> Moreland Hills, Ohio 44022 <br> Phone: 216-696-5000 <br> Facsimile: 216-696-7005 <br> robert@lazzarolawfirm.com <br> anthony@lazzarolawfirm.com <br><br> *Plaintiff's Attorneys* |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on June 19, 2025, I filed the foregoing via the Court's electronic filing system. Parties may access the filing through the Court's system. I further certify that I will mail

a copy of the foregoing by U.S. mail to Defendants.

/s/ Robert B. Kapitan
Robert B. Kapitan